JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS INSURANCE COMPANY, | Case No.: CV 15-1380-DMG (AJWx) |
| Plaintiff, | |
| vs. | **JUDGMENT [50]** |
| INTER/MEDIA TIME BUYING CORPORATION, a California corporation; INTERQUANTUM LLC, a California limited liability company; BELLATRIX MEDIA, INC., a California corporation; INTER/IMAGE PRODUCTIONS, INC., a California corporation; INTER/POST PRODUCTIONS, INC., a California corporation; INTER/MEDIA INTERACTIVE, INC., a California corporation; MEDIAPOINT NETWORK, INC., a California corporation; INTER/MEDIA ADVERTISING, INC., a California Corporation; and ROBERT YALLEN, an individual, | |
| Defendants. | |

**JUDGMENT**

Page 1

Based on the Court's order entered on June 8, 2015 denying defendants' (collectively "Inter/Media") motion for summary judgment and *sua sponte* granting partial summary judgment in favor of plaintiff AXIS Insurance Company (AXIS") on the issue of its duty to defend, the Court enters judgment in the above-entitled matter as follows:

1. AXIS has no duty to defend or indemnify any of the defendants against the cross-complaint filed in Los Angeles County Superior Court Case No. BC495560, captioned *Inter/Media Time Buying Corporation, et al. v. Biotab Nutraceuticals, Inc., et al.* ("Cross-Complaint") and AXIS is entitled to judgment on the Complaint's first claim for relief;

2. The parties have stipulated to the fact that AXIS has paid nothing to or on behalf of any of the Inter/Media individuals or entities.  Therefore, the second claim for relief in the Complaint for reimbursement is moot; and

3. AXIS is entitled to costs of suit.

DATED:  June 30, 2015

                                                      DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE

**JUDGMENT**